IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 04-20430-Ma |
| ) | |
| ROBERT GREGORY, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

This cause came on for a report date on March 25, 2005. Counsel for the defense requested a continuance of the present trial date in order to allow for additional preparation in the case and due to defendant's ongoing medical evaluation. The Court granted the request and continued the trial date to the rotation docket beginning May 2, 2005 at 9:30 a.m., with a report date of Thursday, April 21, 2005 at 2:00 p.m.

The period from March 25, 2005 through May 13, 2005 is excludable under 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(4) because the interests of justice in allowing for additional time to prepare and defendant's continued medical evaluation outweigh the need for a speedy trial.

**IT IS SO ORDERED** this 20th day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CR-20430 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT