IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 26 PM 4:57

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                             NO. 04-20430-Ma

ROBERT GREGORY,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

    Before the court is the defendant's October 24, 2005, motion to reset the sentencing of Robert Gregory, which is presently set for October 31, 2005. For good cause shown, the motion is granted. The sentencing of defendant Robert Gregory is **reset to Tuesday, November 22, 2005, at 9:00 a.m.**

    It is so ORDERED this 25th day of October, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CR-20430 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT